**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth D. Miller,<br><br>　　　　　Petitioner,<br>　　vs.<br><br>Dora B. Schriro, et al.,<br><br>　　　　　Respondents. | No. CV-07-1848-PHX-PGR (GEE)<br><br>ORDER |

　　　Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Edmonds in light of the petitioner's Objection to the Magistrate Report and Recommendation (doc. #14), the Court finds that all of the petitioner's objections should be overruled as being meritless and that the Magistrate Judge correctly concluded that the petitioner's petition filed pursuant to 28 U.S.C. § 2254 should be denied.  Therefore,

　　　IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #13) is accepted and adopted by the Court.

　　　IT IS FURTHER ORDERED that the petitioner's Motion Requesting Under U.S.C. Rule 27.1(b) for Affirmative Relief Pursuant to U.S.C. § 2254 (doc. #3), the petitioner's Motion to Expedite Under Fed.Jud.Civ.Pro.R. 27 for Disposition for Relief and Order for Release Pursuant to U.S.C. 28 §§ 2254 (doc. #11), and the

petitioner's [Motion] Invoking Rule 8(c) of the Federal Civil Judicial Procedure Rules Under 28 U.S.C. §§ 2254(d) (doc. #14) are all denied.

IT IS FURTHER ORDERED that the petitioner's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person on State Custody is denied and that this action is dismissed. The Clerk of the Court shall enter judgment accordingly.

DATED this 15th day of May, 2008.

Paul G. Rosenblatt
United States District Judge